**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:19-mj-00139-KLM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS ROBERT PEREZ-RODRIGUEZ,

    Defendant.
_____

**ORDER OF DETENTION**
_____

    THIS MATTER came before the court for a detention hearing on 6/28/2019, after the Government moved for detention under 18 U.S.C. § 3142. Defendant, through counsel, indicated to the Court that Defendant consented to detention, thus waiving the right to a detention hearing and agreeing, voluntarily, to detention. *See United States v. Clark,* 865 F.2d 1433, 1436 (4th Cir. 1989) ("We now hold that both the time requirements and the detention hearing itself provided for in section 3142 are waivable.")

    The Court has taken judicial notice of the entire court file. The Court has also weighed the factors listed in the Bail Reform Act. 18 U.S.C. § 3142(g). The Court notes the nature and circumstances of the alleged offense in this case involves an alleged escape from an institution or facility in which Defendant was confined by direction of the

Attorney General, or his authorized representative, after having been confined for expulsion proceedings under the immigration laws in violation of 18 U.S.C. § 751(a). Based on this information, Defendant's consent to detention, and the nature and circumstances of the alleged offense, the Court finds by a preponderance of evidence that no condition or combination of conditions of release will reasonably assure Defendant's appearance as required.

IT IS ORDERED that Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that Defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for appearances in connection with these proceedings.

DATED: 6/28/2019

BY THE COURT:

_____
S. Kato Crews
United States Magistrate Judge