
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-mj-00139-SKC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. CARLOS ROBERT PEREZ-RODRIGUEZ

        Defendant.

---

## NOTICE OF DISPOSITION

---

Notice is hereby given that a disposition has been reached in the above-captioned case. The parties request that a change of plea hearing be set as soon as possible. Mr. Perez-Rodriguez's mother passed away unexpectedly last week and Mr. Perez is needed back to care for his minor siblings who now have no parents to care for and support them. The parties will request that after Mr. Perez-Rodriguez's plea that the matter proceed to immediate sentencing.

        Respectfully submitted,

        *s/ Dru Nielsen*
        3200 Cherry Creek South Drive
        Suite 720
        Denver, CO  80209
        Telephone:  720-440-8155
        Fax:  720-440-8156
        E-mail:  Dru@eytan-nielsen.com
        Attorney for Carlos Robert Perez-Rodriguez

## CERTIFICATE OF SERVICE

    I hereby certify that on Wednesday, July 24, 2019, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

*s/ Dru Nielsen*
Dru Nielsen